DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE LOPEZ-RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | Case No. 17-CR-00032 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| **JOSE LOPEZ-RAMIREZ** | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE.

LAWRENCE J. O'NEILL AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

     The Defendant, JOSE LOPEZ-RAMIREZ, by and through his attorney of record, DAVID

A. TORRES, hereby requests the sentencing hearing currently set for Monday, July 16, 2018, be

continued to Monday, August 6, 2018.

     I have recently returned from a two week leave out of the country.  I am not prepared to

proceed with sentencing at this time. Mrs. Montoya does not object to my request for a

continuance in order to allow counsel an opportunity to file a sentencing.

     The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

     //

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:7/12/2018

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JOSE LOPEZ RAMIREZ

DATED: 7/12/2018

*/s/Laurel Montoya*
LAUREL MONTOYA
Assistant U.S. Attorney

## ORDER

The sentencing hearing set for Monday, July 16, 2018 be

be continued to August 6, 2018 at 9:30 a.m

IT IS SO ORDERED.

Dated:   **July 12, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE