DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE LOPEZ-RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-00032 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| **JOSE LOPEZ-RAMIREZ** | |
| Defendants, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE.

LAWRENCE J. O'NEILL AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

The Defendant, JOSE LOPEZ-RAMIREZ, by and through his attorney of record, DAVID A. TORRES, hereby requests the sentencing hearing currently set for Monday, August 6, 2018 be continued to Monday, September 24, 2018

Mr. Ramirez is scheduled for sentencing Monday, August 6, 2018. The parties stipulate to continue sentencing to September 24th or a date that accommodates the courts schedule. The reason for the request is to conduct additional investigation which will assist the court at the time of sentencing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

1

**IT IS SO STIPULATED.**

                                                        Respectfully Submitted,

DATED: 8/2/2018                         */s/ David A Torres*
                                                    DAVID A. TORRES
                                                      Attorney for Defendant
                                                      JOSE LOPEZ RAMIREZ

DATED: 8/2/2018                        */s/Laurel Montoya*
                                                      LAUREL MONTOYA
                                                     Assistant U.S. Attorney

## **ORDER**

**T**he sentencing hearing set for Monday, August 6, 2018 is continued to September 24, 2018 at 9:30 a.m.

IT IS SO ORDERED.

   Dated:   **August 2, 2018**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE