# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-cr-00032-LJO-SKO-2 |
|---|---|
| Plaintiff, | **ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE** (ECF No. 68) |
| v. | |
| JOSE LOPEZ-RAMIREZ, | |
| Defendant. | |

On March 11, 2019, Defendant Jose Lopez-Ramirez filed a *pro se* motion for reduction of sentence pursuant to the First Step Act, P.L. 115-391. To efficiently process petitions under the First Step Act, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **April 24, 2019** to file a motion related to Defendant's *pro se* request **or** notify the Court that it does not intend to file such a motion. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Defendant's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order.

IT IS SO ORDERED.

   Dated: __**March 13, 2019**__       ___/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES CHIEF DISTRICT JUDGE