UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LOPEZ-RAMIREZ,<br><br>Defendant. | No. 1:17-cr-00032-NONE-SKO-2<br><br>ORDER CLARIFYING DEADLINE FOR REPLY RE FIRST STEP ACT MOTION<br><br>(Doc. No. 68) |

On March 11, 2019, defendant Jose Lopez-Ramirez proceeded in *pro se* to file a motion for reduction of sentence pursuant to the First Step Act and 18 U.S.C. § 3582(c). (Doc. No. 68.) The matter was referred to the Office of the Federal Public Defender to give that office an opportunity to review the file. (Doc. No. 69.) On April 23, 2019, the Federal Defender's Office formally withdrew as counsel. (Doc. No. 70.) On June 24, 2019, the government filed an opposition. (Doc. No. 71.) Although the operative scheduling order set a deadline for the filing of a reply that has expired, that order did not clearly indicate that defendant may file a reply in *pro se*. (*See* Doc. No. 69.) Accordingly, in an abundance of caution, the court clarifies the schedule to formally permit defendant to file in *pro se* a reply to his motion. Any such reply must be filed on or before March 27, 2020.

IT IS SO ORDERED.

Dated: **February 20, 2020**

_____
UNITED STATES DISTRICT JUDGE

1